**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

———————————————————

In re    Carmine P. Amelio

Debtor.

———————————————————

Case No. 19-19520-slm

Chapter 13

U.S. BANKRUPTCY COURT
FILED

2019 JUN -5  P 1: 53

DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on Dated: May 29, 2019, I served the following document, ORDER
SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING
NOTICE AND RELATED DOCUMENTS, on the following parties at the addresses as listed:

VIA ELECTRONIC AND/OR USMAIL
Recipients List Attached

Dated: Dated: May 29, 2019

/s/ Carmine P. Amelio
Carmine Amelio, Debtor Pro Se
60 West 23rd Street, Apt 830
New York, NY 10010

Marie-Ann Greenburg
Chapter 13 Standing Trustee
30 Two Bridges Rd. Ste 330
Fairfield, NJ 07004

US Trustee
US Dept of Justice
Office of the Trustee
One Neward Center, Ste 2100
Newark, NJ 07102

Deborah J. Piazza, Esq.
Scott Markowitz, Esq.
TARTER KRINSKY & DROOIN LLP
Attorneys for Interim Chapter 7 Trustee,
1350 Broadway, 11th Floor
New York, New York 10018

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

AFI 160 E 80th LLC
c/o Kesooff, PLLC
217 Broadway, Suite 401
New York, NY 11003

Jenelle C. Arnold
ALDRIDGE PITE, LLP
Attorneys for Nationstar Mortgage LLC
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Ally Financial
Attn: Bankruptcy Dept
PO Box 130424
Roseville, MN 55113

America's Servicing Co
Attn: Bankruptcy Dept
3476 Stateview Blvd
Fort Mill, SC 29715-7203

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Tax Funding
c/o Phillips Lytle LLP
Attn: Nickolas Karavolas
620 8th Ave, 23rd Floor
New York, NY 10018-1669

AMGRO
300 North Pkwy
Worcester, MA 01605-1349

Amity Associates
PO Box 125
Mount Freedom, NJ 07970-0125

BAC Home Loans Servicing f/k/a
Countrywide Home Loans Servicing,
1800 Tapo Canyon Rd
Simi Valley, CA 93063-0712

Bank of America
f/k/a Countrywide Home Loans Servicing
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bank of America, N.A.
P O Box 982234
El Paso, TX 79995-2238

Brandt, Milnes & Rea, P.C.
310 Grant St Ste 1109
Pittsburgh, PA 15219-2223

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

CIT Bank, N.A., f/k/a OneWest Bank, N.A.,
f/k/a OneWest Bank, FSB
P.O. Box 9013
Addison, Texas 75001

CitiBank USA, N.A.
PO Box 6181
Sioux Falls, SD 57117-6181

City of Middletown
16 James St
Middletown, NY 10940-5724

Colony Pointe Townhome Assoc
102 Broadway St Ste 900
Carnegie, PA 15106-2486

Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057

CountryWide Home Loans
450 American St
Simi Valley, CA 93065-6285
Credit Center Inc
7 Finance Dr
Danbury, CT 06810-4153

Credit Collection Services
PO Box 447
Norwood, MA 02062-0447

Daniel Brownstein and Maya Lahav
400 Birch Pl
Westfield, NJ 07090-2302

Deutsche Bank National Trust

c/o Ocwen Loan Servicing, LLC
PO Box 24605
West Palm Beach, FL 33416-4605

Elges & Orgel
239 Broadway Ste 2205
New York, NY 10279-2300

EMC Mortgage, LLC
2780 Lake Vista Dr
Lewisville, TX 75067-3884

Federal National Mortgage
c/o Setrus, Inc
PO Box 1047
Hartford, CT 06143-1047

First Horizon
PO Box 1545
Memphis, TN 38101

Ebert A. Van Horn
Gross Polowy, LLC
Attorneys for Rushmore Loan Management
Services, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

HSBC Bank USA, N.A.
2929 Walden Ave C17
Attn Business Services
Depew, NY 14043

IC Systems
PO Box 64378
Saint Paul, MN 55164

IndyMac Bank
PO Box 40445
Kalamazoo, MI 49003

Kohls
PO Box 3115
Milwaukee, WI 53201-3115
c/o Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, NY 10504

c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, Virginia 23452

Mackiewicz & Associates, LLC
623 Washington St
Hoboken, NJ 07030-4921

McCabe, Weisberg & Conway, LLC
Attorneys for DEUTSCHE BANK NATIONAL
TRUST COMPANY
145 Huguenot Street, Suite 210
New Rochelle, NY 10801

Carrie Doerkler
MTGLQ Investors, L.P
c/o Shellpoint Mortgage Serving
PO Box 10826
Greenville, SC 29603-0826

MTGLQ Investors, LP
Christopher Ford, Esq
KML Law Group, PC
216 Haddon Ave Ste 406
Westmont, NJ 08108-2812

MTGLQ Investors, LP
Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-2708

Nationstar
PO Box 619096
Dallas, TX 75261-9096

Nationstar Mortgage
350 Highland Dr
Lewisville, TX 75067

Nationstar Mortgage
PO Box 130535
Dallas, TX 75313

Norris McLaughlin & Marcus, P.A.
Attorneys for Colony Pointe
Townhouse Association, Inc.
c/o Melissa A. Pena, Esq.
875 Third Avenue, 8th Floor
New York, NY 10022

NRZ REO VIII, LLC
KML LAW GROUP, P.C.
Attn: Thomas Puleo
701 Market St
Philadelphia, PA 19106-1538

NS161, LLC
c/o SN Servicing Corp
323 5th St
Eureka, CA 95501-0305

Ocwen Loan Servicing
PO Box 24616
West Palm Beach, FL 33416

One West Bank
6900 Beatrice Dr.
Kalamazoo, MI 49009

PNC Mortgage
PO Box 5570
Cleveland, OH 44101

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Real Time Resolutions
1349 Empire Central Dr Ste 1
Dallas, TX 75247-4066

Miriam Rosenblatt
Barbara Whipple
Robertson, Anschutz & Schneid, P.L.
Attorneys for Deutsche Bank
National Trust Company
6409 Congress Ave
Boca Raton, FL 33487

Robertson, Anschutz & Schneid, P.L.
Attorneys for U.S. Bank N.A.
6409 Congress Ave.
Suite 100
Boca Raton, FL 33487

Rushmore Capital Partners, LLC
65 Broadway Ste 835
New York, NY 10006-2503

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Specialized Loan Servicing
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129-2386

THE LAW OFFICES OF JEREMY S. SUSSMAN
Attorneys for NS161, LLC
225 Broadway, Suite 3800
New York, NY 10007

SW Credit Systems
4120 International Pkwy Ste 1100
Carrollton, TX 75007-1958

Town of New Milford
c/o Jessica Grossarth Kennedy, Esq.
Pullman & Comley, LLC
850 Main Street, 8th Floor
Bridgeport, CT

The Bank of New York Mellon
c/o Buckley Madole, P.C.
420 Lexington Ave Ste 840
New York, NY 10170-0840

Wesley M. Mayer
Buckly Madole, P.C.
PO Box 9013
Addison, TX 75001

U.S. Bank National Association
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

Village of Shadyside Community Assoc
c/o Amkrim & Neely, Inc
425 N Craig St Ste 100
Pittsburgh, PA 15213-3187

Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335

Wilmington Savings
c/o Knuckles, Komosinski & Manfro, LLP
565 Taxter Rd Ste 590
Elmsford, NY 10523-2300

160 East 89th Street Realty Corp.
c/o Barah Goldstein Abhaler Nahins & Geidel PC
377 Broadway, 6th Floor
New York, NY 10013-6020

Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004

Whitehall Properties H, LLC
c/o Barah Goldstein Abhaler Nahins & Geidel PC
377 Broadway, 6th Floor
New York, NY 10013-6020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------
Caption in Compliance with D.N.J. LBR 9004-1(b)

Carmine P Amelio
Pro Se Debtor
60 West 23rd Street, Apt 830
New York, NY 10010
412-612-6774

**FILED**
JEANNE A. NAUGHTON, CLERK

**MAY 2 9 2019**

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Carmine P. Amelio

Case No.:           19-19520

Chapter:                13

Judge:        Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATE: 5/29/2019

HONORABLE VINCENT F. PAPALIA
UNITED STATES BANKRUPTCY JUDGE

After review of the application of _____Carmine P. Amelio_____ for the reduction of

time for a hearing on MOTION TO EXTEND AUTOMATIC STAY PURUSANT TO 11 U.S.C. § 362

(c)(3)(B) BEYOND THIRTY DAYS _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __June 6, 2019_____ at _11:00 A.M_in

the United States Bankruptcy Court, _____New Jersey District, 50 Walnut St, Newark, NJ 07102_____,

Courtroom No. _3B_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

All secured creditors and their counsel, if known.
_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

All other creditors and their counsel, if known; the Chapter 13 Standing Trustee; and any

other party that filed a Notice of Appearance in the case.
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____1_____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-I(b)**

Carmine P Amelio
Pro Se Debtor
60 West 23rd Street, Apt 830
New York, NY 10010
412-612-6774

U.S. BANKRUPTCY COURT
FILED

2019 MAY 28  P 3: 18

JEANNE A. NAUGHTON

BY:_____
DEPUTY CLERK

In Re:
Carmine P. Amelio

| | |
|---|---|
| Case No.: | 19-19520 |
| Chapter: | 13 |
| Hearing Date: | June 7, 2019 |
| Judge: | Stacey L. Meisel |

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _____Carmine P. Amelio_____, on behalf of

_____Debtor, Carmine P Amelio_____ requests that the time period to/for

_____hearing motion_____ as required by _____debtor_____ be shortened

pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1.  A shortened time hearing is requested because:
    Motion hearing for extension of automatic stay beyond 30 days from May 9, 2019 filing date.

2.  State the hearing dates requested:
    June 7, 2019 or sooner

3.  Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: May 28, 2019 _____              _____ _Signature_

Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re   Carmine P. Amelio

Case No. 19-19520-slm

Chapter 13

Debtor.

## MOTION TO EXTEND AUTOMATIC STAY
## PURUSANT TO 11 U.S.C. § 362(c)(3) or (c)(4)(B) BEYOND THIRTY DAYS

**COMES NOW**, Carmine P. Amelio, the debtor in the instant matter, hereby Motions the

court to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3) or (c)(4)(B) to all creditors

beyond the 30th day following the filing of this instant bankruptcy case.

1. The Debtor filed his bankruptcy petition on May 9, 2019.

2. The debtor previously filed Chapter 11 bankruptcy Case Number 19-50262-slm February

   28, 2019 and that case was dismissed on April 16, 2019. Debtor has a pending Chapter 7

   matter, Case Number 17-12482.

3. The Debtor did not had any prior case(s) dismissed in the past year for any of the

   following reasons:

   a. failure to file or amend other required documents without substantial excuse,

   b. failure to provide adequate protection as ordered by the Court, or

   c. failure to perform the terms of a plan confirmed by the Court.

4. There has been substantial change in the personal affairs of the debtor since the dismissal

   of the last case and believes that this case will result in a confirmed plan that will be fully

   performed and wishes to move forward with the current case unimpeded. Those changes

include debt and claims by alleged creditors that have been satisfied by the sale of several

of debto's solely owned properties.

5. The automatic stay will continue throughout the confirmed plan without further order of

this Court.

**WHEREFORE,** the debtor respectfully requests the Court to grant the Motion to Extend

The Automatic Stay as to all creditors, after notice and opportunity to be heard, beyond the 30th

day following the filing of the instant bankruptcy case, throughout the confirmed plan and

pendency of this matter and for all such other and further relief as may be appropriate.

Dated: May 23, 2019

/s/ *Carmine P. Amelio*
Carmine Amelio, Debtor Pro Se
60 West 23rd Street, Apt 830
New York, NY 10010
Ph: 412-612-6774

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re   Carmine P. Amelio

Case No. 19-19520-slm

Chapter 13

Debtor.



## AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY PURUSANT TO 11 U.S.C. § 362(c)(3) or (c)(4)(B) BEYOND THIRTY DAYS

I, Carmine P. Amelio,

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I filed his bankruptcy petition on May 9, 2019.

2. I previously filed Chapter 11 bankruptcy Case Number 19-50262-slm February 28, 2019 and that case was dismissed on April 16, 2019. I have a pending Chapter 7 matter, Case Number 17-12482.

3. The Debtor did not had any prior case(s) dismissed in the past year for any of the following reasons:

   a. failure to file or amend other required documents without substantial excuse,

   b. failure to provide adequate protection as ordered by the Court, or

   c. failure to perform the terms of a plan confirmed by the Court.

4. There has been substantial change in my personal affairs since the dismissal of the last case and I believe that this case will result in a confirmed plan that will be fully performed and wishes to move forward with the current case unimpeded. Those changes include debt and claims by alleged creditors that have been satisfied by the sale of several of my solely owned properties.

**WHEREFORE**, I respectfully request the Court to grant the Motion to Extend The

Automatic Stay as to all creditors, after notice and opportunity to be heard, beyond the 30th day

following the filing of the instant bankruptcy case, throughout the confirmed plan and pendency

of this matter and for all such other and and further relief as may be appropriate.

I affirm under the penalty of perjury that the foregoing is true and correct to the best of my

information and belief.

Dated: Dated: May 23, 2019

Carmine Amelio, Debtor Pro Se
60 West 23rd Street, Apt 830
New York, NY 10010

Notary

VICTORIA MONIQUE CARTER
Notary Public - State of New York
NO. 01CA6289752
Qualified in Kings County
My Commission Expires Feb 27, 2022

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re    Carmine P. Amelio                    Case No. 19-19520-slm

                                              Chapter 13

            Debtor.


## ORDER ON MOTION TO EXTEND AUTOMATIC STAY
## PURUSANT TO 11 U.S.C. § 362(c)(3)(B) BEYOND THIRTY DAYS


For good cause shown and after a hearing being held on this matter with no opposition the motion is hereby GRANTED, the automatic stay shall extend beyond the 30th day of the bankruptcy, throughout the confirmed plan and pendency of this matter and for all such other and further relief as may be appropriate.


Date: _____        By: _____

                                        Honorable Stacey L. Meisel

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re   Carmine P. Amelio

Case No. 19-19520-slm

Chapter 13

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on Dated: May 23, 2019, I served the following document: MOTION TO
EXTEND AUTOMATIC STAY PURUSANT TO 11 U.S.C. § 362(c)(3) or (c)(4)(B) BEYOND
THIRTY DAYS AND AFFIDAVIT IN SUPPORT OF MOTION on the following parties at the
addresses as listed:

VIA USMAIL
Recipients List Attached

Dated: Dated: May 23, 2019

/s/ Carmine P. Amelio
Carmine Amelio, Debtor Pro Se
60 West 23rd Street, Apt 830
New York, NY 10010